UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRUSTEES OF THE NORTHWEST IRONWORKERS RETIREMENT TRUST; *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>U-STEEL INCORPORATED; DYNAMIC INTERNATIONAL AK, INC.; GENE LETTS; JACKIE LETTS; BERSCHAUER/PHILLIPS CONSTRUCTION CO.; SFECO INSURANCE COMPANY OF AMERICA and CITY OF VANCOUVER, WASHINGTON,<br><br>　　　　Defendants. | Case No. C05-5698FDB<br><br>ORDER FINDING DYNAMIC INTERNATIONAL'S MOTION TO COMPEL MOOT |

　　　　In this case, which asserts violations of the Employee Retirement Income Security Act and the Labor-Management Relations Act, Plaintiffs seek to recover delinquent fringe benefit contributions and union dues allegedly owed by Defendant Dynamic International AK, Inc. to six employee benefit plans and two labor organizations.  Plaintiffs now move for an order compelling Dynamic International to produce all documents within its possession, custody, and control that are responsive to their First, Second, and Third Requests for Production of Documents.  Plaintiffs state that they have attempted to resolve this matter through telephone conferences with Defendant

ORDER - 1

Dynamic's attorneys (Jesse Miller and Steven Wraith) prior to filing this motion.

Meanwhile, Defendants Dynamic International, Gene Letts, and Jackie Letts obtained new counsel, Jeff Smyth, who substituted into this case by Order of this Court on September 8, 2006. Having received client files from former counsel, Mr. Smyth, states in his declaration that he has identified some responsive documents and are preparing supplemental responses to the requests for production. Mr. Smyth also avers that responses to Plaintiffs' Third Set of Requests for Production have been completed and were faxed to Plaintiffs' counsel on September 18, 2006, and that if additional documents are located, supplemental responses will be provided. Mr. Smyth also notes that a 39.1 mediator has been retained by the parties, who are hopeful that mediation will resolve the case. Therefore, Defendants contend that the motion is moot.

The Court having considered the motion and the response and noting that no reply contesting any statements of Dynamic International's counsel Jeff Smyth, now concludes that Plaintiffs' Motion to Compel is moot and should be stricken from the calendar.

NOW, THEREFOR, IT IS ORDERED: Plaintiffs' Motion To Compel Production of Documents [Dkt. # 43] is found to be MOOT and is STRICKEN from the Court's calendar.

DATED this 3rd day of October, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2